

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2014

No. 04-14-00012-CV

Burton **KAHN,**
Appellant

v.

**HELVETIA ASSET RECOVERY INC.,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

This is an interlocutory appeal. Burton Kahn has filed a notice of appeal stating the following:

Defendant Burton Kahn desires to appeal from the cause number 2013CI18355. The Court did not rule on Plaintiff being a Foreign Corporation and is Maintaining Suit Without a Certificate of Authority by the court 407th Judicial District Bexar County, Texas on December 11, 2013.

It appears from his notice of appeal that Kahn is complaining the trial court did not rule on his Motion to Show Authority at a hearing held on December 11, 2013. Thus, Kahn's notice of appeal does not point to an appealable interlocutory order, but instead complains of a trial court's failure to rule on a motion. We have no jurisdiction over a trial court's failure to rule on a motion in an interlocutory appeal.

We, therefore, ORDER appellant to show cause in writing by **February 7, 2014** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2014.



Keith E. Hottle
Clerk of Court